1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

MATTHEW JAMES LINDSAY ESQ.
and the absentee's, RE: The Estate of
Henry A. and Mary E. Lindsay
Revocable Living Trust,

Case No. C17-354-RSM

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*
AND RECOMMENDATION FOR
REVIEW

10

11

12

            Plaintiff,

13

        v.

14

KEY BANK et al.,

15

            Defendants.

16

17          Plaintiff, proceeding *pro se*, has filed an application to proceed *in forma pauperis*

18   ("IFP") in the above-entitled action.  Dkt. 1.  After careful consideration of the application, the

19   governing law and the balance of the record, the Court ORDERS as follows:

20          (1)     Because plaintiff does not appear to have funds available to afford the $400.00

21   filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1).  Therefore,

22   plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends

23   review under 28 U.S.C. § 1915(e)(2)(B).

24   //

25   //

26   //

ORDER
PAGE - 1

1          (2)      The Clerk of the Court is directed to send a copy of this Order to plaintiff and to

2     the Honorable Ricardo S. Martinez.

3          DATED this 13th day of March, 2017.

4

5          _____
           JAMES P. DONOHUE
6          Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2